UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEWART TITLE GUARANTY
COMPANY,

                      Plaintiff,

vs.

KARLA SUE LOCKMAN,
KEVIN DALE LOCKMAN,
PAULA M. BARRON, JOHN P. TAYLOR,
and, NORTHERN PREFERRED TITLE
COMPANY, L.L.C.,

                      Defendants.

_____/

Lead Case No. 5:05-cv-92

Hon. Hugh W. Brenneman, Jr.

-and-

FIRST AMERICAN TITLE INSURANCE
COMPANY,

                      Plaintiff,

vs.

KARLA SUE LOCKMAN,
KEVIN DALE LOCKMAN,
PAULA M. BARRON, JOHN P. TAYLOR,
and, NORTHERN PREFERRED TITLE
COMPANY, L.L.C.,

                      Defendants.

_____/

Case No. 1:05-cv-736

Hon. Hugh W. Brenneman, Jr.

**ORDER**

In accordance with the Opinion entered this date:

Stewart Title's motion for summary judgment (docket no. 102) is **DENIED**.

First American's motion for default judgment (docket no. 99) is **DENIED**.

First American's motion for summary judgment (docket no. 99) is **GRANTED** with respect to the breach of contract claims against Northern Preferred (Count VII) as follows:

  a.  Summary judgment is granted in favor of First American in the amount of $94,254.77 with interest accrued since November 7, 2006 at the rate of $12.50 per day; and,

  b.  Summary judgment is granted in favor of First American in the amount of $35,976.19.

First American's motion for summary judgment (docket no. 99) is **GRANTED** with respect to its claim against Northern Preferred for unjust enrichment (Count XII) in the amount of $16,503.52.

First American's motion for summary judgment (docket no. 99) is **DENIED** in all other respects.

Karla Lockman is **GRANTED** summary judgment as to Counts II and V of Stewart Title's first amended complaint.

Karla Lockman is **GRANTED** summary judgment as to Counts II and IV of First American's first amended complaint.

IT IS SO ORDERED.

Dated:  March 25, 2008       /s/ Hugh W. Brenneman, Jr.
                HUGH W. BRENNEMAN, JR.
                United States Magistrate Judge