UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEWART TITLE GUARANTY COMPANY,

       Plaintiff,                                      Lead Case 5:05-CV-92

v.                                                  Hon. Hugh W. Brenneman, Jr.

KARLA SUE LOCKMAN, et al,

       Defendants.
_____

FIRST AMERICAN TITLE INSURANCE
COMPANY, a California corporation,

       Plaintiff,                                      Case No. 1:05-CV-736

v.                                                  Hon. Hugh W. Brenneman, Jr.

KARLA SUE LOCKMAN, an individual,
KEVIN DALE LOCKMAN, an individual,
JOHN P. TAYLOR, an individual, and
NORTHERN PREFERRED TITLE COMPANY,
LLC, A TITLE INSURANCE AGENCY,
a Michigan limited liability company,

       Defendants.
_____/

**DEFAULT JUDGMENT**

       This Court having conducted a final pretrial conference in this matter on April 3, 2007; Karla Sue Lockman and Kevin Dale Lockman having failed to appear; and First American Title Insurance Company having requested the entry of a default and a default judgment against Karla Sue Lockman and Kevin Dale Lockman; the Court, for the reasons stated on the record at

1

the final pretrial conference, hereby enters the default of Karla Sue Lockman and Kevin Dale Lockman and also enters a default judgment against Karla Sue Lockman and Kevin Dale Lockman, jointly and severally, in favor of First American Title Insurance Company for the relief sought in the remaining claims of its First Amended Complaint, in the amount of $146,734.48.  This shall constitute a Final Judgment as to these two defendants in Case No. 1:05-cv-736.

Dated:  April 8, 2008                                                         /s/ Hugh W. Brenneman, Jr.
                                                                                              HUGH W. BRENNEMAN, JR.
                                                                                              United States Magistrate Judge