UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEWART TITLE GUARANTY COMPANY,

    Plaintiff,

v.

KARLA SUE LOCKMAN, et al,

    Defendants.
_____

Lead Case 5:05-CV-92

Hon. Hugh W. Brenneman, Jr.

FIRST AMERICAN TITLE INSURANCE
COMPANY, a California corporation,

    Plaintiff,

v.

KARLA SUE LOCKMAN, an individual,
KEVIN DALE LOCKMAN, an individual,
JOHN P. TAYLOR, an individual, and
NORTHERN PREFERRED TITLE COMPANY,
LLC, A TITLE INSURANCE AGENCY,
a Michigan limited liability company,

    Defendants.
_____/

Case No. 1:05-CV-736

Hon. Hugh W. Brenneman, Jr.

**JUDGMENT**

    IT IS HEREBY ORDERED that First American Title Insurance Company's First Amended Complaint is dismissed without prejudice and without costs as to John P. Taylor.

    IT IS HEREBY FURTHER ORDERED that Counts VIII and X of First American Title Insurance Company's First Amended Complaint as against Northern Preferred Title Company,

1

LLC, a Title Insurance Agency, is dismissed without prejudice and without costs.

IT IS HEREBY FURTHER ORDERED that judgment is entered upon Count VII of plaintiff First American Title Insurance Company's First Amended Complaint as against Northern Preferred Title Company, LLC, a Title Insurance Agency, as follows:

a. The amount of $94,254.77 with interest accrued since November 7, 2006 at the rate of $12.50 per day; and,

b. The amount of $35,976.19.

IT IS HEREBY FURTHER ORDERED that judgment is entered upon Count XII of plaintiff First American Title Insurance Company's First Amended Complaint as against Northern Preferred Title Company, LLC, a Title Insurance Agency, in the amount of $16,503.52.

IT IS HEREBY FURTHER ORDERED that judgment is entered upon Count XI of Plaintiff First American Title Insurance Company's First Amended Complaint against Northern Preferred Title Company, LLC, a Title Insurance Agency, permitting First American to enforce its security agreement against Northern Preferred Title Company, LLC, a Title Insurance Agency.

This shall constitute a final judgment against defendants John P. Taylor and Northern Preferred Title Company, LLC, a Title Insurance Agency, in Case No. 1:05-cv-736.

Dated:  April 8, 2008                        /s/ Hugh W. Brenneman, Jr.
                                             HUGH W. BRENNEMAN, JR.
                                             United States Magistrate Judge